PHILIP J. TERRY (148144)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiff
ROLAND E. GARCIA dba
GARCIA INTERNATIONAL TRADING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND E. GARCIA, doing business as "GARCIA INTERNATIONAL TRADING", <br><br> Plaintiff(s), <br><br> v. <br><br> DAVID COLEMAN, an individual, ; ANN COLE, an individual; AMERIVINE, INC., and DOES 1 - 100, , <br><br> Defendant(s). | Case No. C 07-2279 <br><br> **EX PARTE MOTION FOR ADMINISTRATIVE RELIEF (CONTINUANCE OF CASE MANAGEMENT CONFERENCE) [L.R. 7.10; L.R. 7.11]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PHILIP J. TERRY; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> **Judge: Hon. Edward M. Chen** |

EX PARTE MOTION FOR ADMINISTRATIVE RELIEF (CONTINUANCE OF CASE MANAGEMENT CONFERENCE) [L.R. 7-11]

Pursuant to U.S. Dist. Ct., Northern Dist. Cal., rules 7-11 and 7-10, Plaintiff ROLAND E. GARCIA dba GARCIA INTERNATIONAL TRADING respectfully requests that the initial Case Management Conference currently set in this matter for August 1, 2007, at 1:30 p.m. be continued to allow for 1) Defendants' to file responsive pleadings to the Summons and Complaint served via Notice of Lawsuit and Request for Waiver of Service of Summons and 2) allow for the parties to engage in a meaningful FRCP 26(f) initial conference after the Defendants filing of their responsive pleadings currently due July 24, 2007.

///

///

MEMORANDUM OF POINTS AND AUTHORITIES EX PARTE MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE [L.R. 7-11]

U.S. Dist. Ct., Northern Dist. Cal., rule 7-11 provides that *"during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters..."* Pursuant to rule 7-11 Plaintiff requests that the Initial Case Management Conference set for August 1, 2007, be continued to allow for the appearance of defendants. Defendants have not yet appeared in this matter and will not suffer any prejudice should Plaintiff's ex parte request for the continuance of the Initial Case Management Conference be granted. Because Defendants will not suffer any prejudice, granting of Plaintiff's ex parte request is proper pursuant to U.S. Dist. Ct., Northern Dist. Cal., rule 7-10. As more particularly set forth below, service of the initial complaint in this matter was delayed due to the undetermined status of defendants' service address. Plaintiff has now accomplished service of the Summons and Complaint and requests administrative relief to allow Defendants' filing of their responsive pleadings and to allow the parties sufficient time to engage in a meaningful FRCP 26(f) initial conference.

DECLARATION OF DAWN M. ROSS
IN SUPPORT OF EX PARTE MOTION FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE

I, Philip J. Terry, declare as follows:

1. I am an attorney with the law firm of Carle Mackie Power & Ross LLP, attorneys of record for Plaintiff ROLAND GARCIA dba GARCIA INTERNATIONAL TRADING.

2. I have personal knowledge of the facts set forth in this declaration and if called upon I could and would competently testify as follows:

3. Plaintiff ROLAND GARCIA dba GARCIA INTERNATIONAL TRADING filed a complaint in the above-entitled Court on April 26, 2007, naming defendants DAVID COLEMAN, ANN COLEMAN, and AMERIVINE, INC.

4. The last day to complete service the Summons and Complaint pursuant to F.R.C.P. section 4(m) is August 24, 2007. The Initial Case Management Conference is set in this matter for August 1, 2007.

5. Plaintiff initially made several service attempts at Defendants' last known address in Santa Rosa, CA. After several failed attempts, Plaintiff attempted service at Defendants' last known business address where the process server was informed by the receptionist that Defendants' still kept an office and was also informed that Defendants' had a second residence in Palm Springs, CA. Substitute service was effected on the individual defendants at that time. Service attempts were also made in Palm Springs, CA.

6. Shortly after substitute service was effected on the individual Defendants, Plaintiff's counsel was contacted by counsel for Defendants who disputed effective process service but agreed to assist with the facilitation of service on all Defendants via Notice of Lawsuit and Request for Waiver of Service of Summons.

7. Service of the Summons and Complaint has now been accomplished. Plaintiff accomplished service via Notice of Lawsuit and Request for Waiver of Service of Summons. Waivers were executed by each defendant on June 12, 2007, and responsive pleadings are due July 24, 2007.

8. Plaintiff has not obtained a stipulation for continuance of the Initial Case Management Conference since the defendants have not yet appeared.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed within the United States on this 10th day of July, 2007.

CARLE, MACKIE, POWER & ROSS LLP

PHILIP J. TERRY (148144)
Attorneys for Plaintiff

1 **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2   Having read and considered the foregoing EX PARTE MOTION FOR

3 ADMINISTRATIVE RELIEF (CONTINUANCE OF CASE MANAGEMENT

4 CONFERENCE), and GOOD CAUSE APPEARING,

5   The Court hereby continues the Initial Case Management Conference and related

6 deadlines from August 1, 2007, to __October 17_____, 2007. at 1:30 p.m. A joint CMC statement is due 10/7/07

7   IT IS SO ORDERED.

8 DATED:    7/12/07



The Honorable Edward M. Chen
Magistrate Judge of the U.S. District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen