United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROLAND E. GARCIA,

          Plaintiff,

    v.

DAVID COLEMAN, *et al.*,

          Defendants.
_____/

No. C-07-2279 EMC

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

**(Docket No. 8)**

        Having considered the parties' briefs and accompanying submissions, as well as the oral argument of counsel, the Court hereby **GRANTS** Defendants' motion to dismiss but gives Plaintiff leave to amend.

        In their motion to dismiss, Defendants argue that Plaintiff has failed to establish subject matter jurisdiction because he did not allege in his complaint that the copyright at issue was registered. Defendants further argue that Plaintiff has failed to state a claim for relief under the Copyright Act.

        In response to the first argument, Plaintiff has submitted a copy of a certificate of registration. That certificate, however, reflects that the copyright is for a photograph, which is not entirely consistent with the complaint which suggests that the copyright is for a wine label design. *See* Compl. ¶ 38. In response to the second argument, Plaintiff correctly notes that "[c]opyright claims need not be pled with particularity." *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 167 F. Supp. 2d 1114, 1120 (C.D. Cal. 2001). However, a claim for copyright infringement must include at the very least an allegation of ownership of the copyright at issue, *see, Kelly v. Arriba Soft Corp.*, 336

F.3d 811, 817 (9th Cir. 2003), and Plaintiff failed to point to any specific allegation in the complaint that he owns the copyright at issue.

Accordingly, the Court grants Defendants' motion to dismiss but shall give Plaintiff leave to amend. The amended complaint should contain allegations that Plaintiff owns the copyright at issue and further that Plaintiff has registered the copyright. *See Perfect 10*, 167 F. Supp. 2d at 1120 ("[C]omplaints simply alleging present ownership by plaintiff, registration in compliance with the applicable statute and infringement by defendant have been held sufficient under the rules."). The complaint shall describe with specificity the precise copyrighted works at issue. The amended complaint shall be filed by October 26, 2007.

IT IS SO ORDERED.

Dated: October 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2