1  William J. Arnone, Jr., Esq., SBN 87803
   Alicia M. Kantor, Esq., SBN 236554
2  MERRILL, ARNONE & JONES, LLP
   3554 Round Barn Boulevard, Suite 303
3  Santa Rosa, California 95403
   Telephone: (707) 528-2882
4  Facsimile:  (707) 528-6015

5  Attorneys for Defendants
   DAVID COLEMAN and
6  AMERIVINE, INC.

7

                 UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| ROLAND E. GARCIA, doing business as "GARCIA INTERNATIONAL TRADING," | CASE NO. C 07 2279 **EMC** |
| Plaintiff, | **DEFENDANTS' TRIAL EXHIBIT LIST** |
| vs. | |
| DAVID COLEMAN, an individual; ANN COLEMAN, an individual; AMERIVINE, INC.; and DOES 1-100, | **Pre-Trial Conference** Date:  October 22, 2008 |
| Defendants. | **Trial** Date:  November 3, 2008 Time:  8:30 a.m. Courtroom: C - 15th Floor Golden Gate Avenue San Francisco |
| _____/ | |

    Pursuant to the Court's Case Management and Pretrial Order for Jury Trial dated

October 16, 2007, Defendants David Coleman and Amerivine, Inc. respectfully submit

the following Trial Exhibit List:

| **DEFENDANTS' TRIAL EXHIBIT LIST** | | |
|---|---|---|
| **Exhibit No.** | **Substance/Purpose** | **Witness** |
| A | Invoice from Lenny Siegel to California Wine Country Consultants, Inc. Dated September 27, 1993 | Roland Garcia and Kelly Garcia |

1

DEFENDANTS' TRIAL EXHIBIT LIST                                    C 07 2279 EMC

| | | | |
|---|---|---|---|
| 1 | B | Letter from California Wine Country Consultants, Inc. to Garcia International Trading Dated January 21, 1994 | Roland Garcia |
| 4 | C | AC Label Company Quotation Dated March 13, 1997 | Roland Garcia |
| 6 | D | AC Label Company Order Acknowledgement Dated April 18, 1997 | Roland Garcia |
| 8 | E | AC Label Company Invoice Dated May 30, 1997 | Roland Garcia |
| 10 | F | Adler Fels Invoices 1995 - 1998 | David Coleman |
| 12 | G | Adler Fels Invoice #96-1115 Dated November 15, 1996 | David Coleman and Roland Garcia |
| 14 | H | Adler Fels Invoice # 97-621 Dated June 16, 1997 | David Coleman and Roland Garcia |
| 16 | I | Amerivine, Inc. Summary of Sales 1995 | David Coleman |
| 19 | J | Amerivine, Inc. Accounts Receivable 1995 | David Coleman |
| 21 | K | Amerivine, Inc. Summary of Sales 1996 | David Coleman |
| 23 | L | Amerivine, Inc. Accounts Receivable 1996 | David Coleman |
| 25 | M | Amerivine, Inc. Summary of Sales 1997 | David Coleman |
| 27 | N | Amerivine, Inc. Accounts Receivable 1997 | David Coleman |

| | | | |
|---|---|---|---|
| 1 | O | Amerivine, Inc. Summary of Sales 1998 | David Coleman |
| 2 | P | Amerivine, Inc. Accounts Receivable 1998 | David Coleman |
| 3 | Q | Applications for and Certificate of Exemption of Label/Bottle Approval (Sonoma Ridge Labels With the Photograph) | David Coleman |
| 4 | R | Applications for and Certificate of Exemption of Label/Bottle Approval (Sonoma Ridge Labels Without the Photograph) | David Coleman |
| 5 | S | California Register of Trademark or Service Mark Dated March 18, 1998 and Assignment of Trademark or Service Mark Dated December 31, 2002 | David Coleman |
| 6 | T | United States Trademark Office's website page Re Sonoma Ridge Trademark Application Filed On April 20, 1998 | David Coleman |
| 7 | U | United States Copyright Application Dated December 20, 2006 (with cover letter and enclosures) | Roland Garcia |
| 8 | V | Letter from United States Copyright Office to Carle, Mackie, Power & Ross LLP Dated February 5, 2007 Re Inability to Register Copyright for Sonoma Ridge Label | Roland Garcia |

| | | | |
|---|---|---|---|
| | W | Letter from Carle, Mackie, Power & Ross LLP to United States Copyright Office Dated May 2, 2007 Re Reconsideration | Roland Garcia |
| | X | Letter from United States Copyright Office to Carle, Mackie, Power & Ross LLP Dated July 17, 2007 Re Inability to Register Copyright for Sonoma Ridge Label | Roland Garcia |
| | Y | Letter from Carle, Mackie, Power & Ross LLP to United States Copyright Office Dated July 25, 2007 Re Authorizing Amendment | Roland Garcia |
| | Z | AMENDED United States Copyright Office Certificate of Registration Dated July 25, 2007 | Roland Garcia |
| | AA | List of Trade Names | David Coleman |

Dated: October 3, 2008                                    MERRILL, ARNONE & JONES, LLP


                                                          By:   /s/WILLIAM J. ARNONE, JR.
                                                                William J. Arnone, Jr., Esq.
                                                                Attorneys for Defendants
                                                                DAVID COLEMAN
                                                                and AMERIVINE, INC.