William J. Arnone, Jr., Esq., SBN 87803
Alicia M. Kantor, Esq., SBN 236554
MERRILL, ARNONE & JONES, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015
barnone@majlaw.com

Attorneys for Defendants
DAVID COLEMAN, and
AMERIVINE, INC.


Philip J. Terry, Esq., SBN 148144
CARLE, MACKIE, POWER & ROSS, LLP
100 B Street, Ste. 400
Santa Rosa, CA  95401
Telephone: (707) 526-4200
Facsimile:  (707) 526-4707

Attorneys for Plaintiff
ROLAND E. GARCIA, doing business as
GARCIA INTERNATIONAL TRADING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND E. GARCIA, doing business as "GARCIA INTERNATIONAL TRADING," <br><br> Plaintiff, <br><br> vs. <br><br> DAVID COLEMAN, an individual; ANN COLEMAN, an individual; AMERIVINE, INC.; and DOES 1-100, <br><br> Defendants. <br> _____/ | CASE NO. C 07 2279 **EMC** <br><br><br> **STIPULATION AND ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL** |

THE PARTIES BY AND THROUGH THEIR COUNSEL, HEREBY

STIPULATE that the pretrial conference currently scheduled for October 21, 2008, at

10:30 a.m., and the trial, currently scheduled to commence on November 3, 2008, at 8:30

1

am., be rescheduled so that the new date for the pretrial conference shall be January 7, 2009, at 3:00 p.m., and the trial shall commence on January 20, 2009, at 8:30 a.m.

Dated: October 14, 2008     MERRILL, ARNONE & JONES, LLP

/s/WILLIAM J. ARNONE, JR.
Attorneys for Defendants

Dated: October 14, 2008     CARLE, MACKIE, POWER & ROSS, LLP

/s/PHILIP J. TERRY
Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: __October 20, 2008__     _____

IT IS SO ORDERED
Judge Edward M. Chen