UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roland Garcia,

        Plaintiff,

  v.

David Coleman, et al.,

        Defendants.
_____/

No. CV07-02279 EMC

**ORDER RESETTING JURY TRIAL**

IT IS HEREBY ORDERED THAT the jury trial currently set for January 20, 2009 at 8:30 a.m. is **reset** for **January 16, 2009 from 8:30 a.m. to 4:30 p.m. (full day)** before Magistrate Judge Chen in **Courtroom D**, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Counsel shall prepare to go forward with jury selection, opening statements, and evidence presentation on January 16, 2009. Trial will resume on Wednesday January 21, 2009 from 8:30 a.m. to 1:30 p.m. (half day), and will continue on Thursday January 22, 2009 until Monday January 26, 2009 from 8:30 a.m. to 4:30 p.m. (full day).

Dated :     December 8, 2008

                                              EDWARD M. CHEN
                                              United States Magistrate Judge