1  William J. Arnone, Jr., Esq., SBN 87803
   Alicia M. Kantor, Esq., SBN 236554
2  MERRILL, ARNONE & JONES, LLP
   3554 Round Barn Boulevard, Suite 303
3  Santa Rosa, California 95403
   Telephone: (707) 528-2882
4  Facsimile:  (707) 528-6015

5  Attorneys for Defendants
   DAVID COLEMAN and
6  AMERIVINE, INC.

7

                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 ROLAND E. GARCIA, doing business as         CASE NO. C 07 2279 **EMC**
   "GARCIA INTERNATIONAL
   TRADING,"
11
            Plaintiff,                         **DEFENDANTS' REVISED TRIAL**
12                                             **EXHIBIT LIST**
       vs.
13
   DAVID COLEMAN, an individual;               **Pre-Trial Conference**
14 ANN COLEMAN, an individual;                 Date:       January 7, 2009
   AMERIVINE, INC.; and                        Time:       3:00 p.m.
15 DOES 1-100,                                 Courtroom:  C
                                               **Trial**
16          Defendants.                        Date:       January 16, 2009
                                               Time:       8:30 a.m.
17                                             Courtroom:  D - 15th Floor
   _____/                        Golden Gate Avenue
18                                                         San Francisco

19     Pursuant to the Court's Case Management and Pretrial Order for Jury Trial dated

20 October 16, 2007, Defendants David Coleman and Amerivine, Inc. respectfully submit

21 the following Revised Trial Exhibit List:

| **DEFENDANTS' REVISED TRIAL EXHIBIT LIST** |||
| **Exhibit No.** | **Substance/Purpose** | **Witness** |
|---|---|---|
| A | Invoice from Lenny Siegel to California Wine Country Consultants, Inc. Dated September 27, 1993 | Roland Garcia and Kelly Garcia |

1
DEFENDANTS' REVISED TRIAL EXHIBIT LIST                              C 07 2279 EMC

| | | | |
|---|---|---|---|
| 1-3 | B | Letter from California Wine Country Consultants, Inc. to Garcia International Trading Dated January 21, 1994 | Roland Garcia |
| 4-5 | C | AC Label Company Quotation Dated March 13, 1997 | Roland Garcia |
| 6-7 | D | AC Label Company Order Acknowledgement Dated April 18, 1997 | Roland Garcia |
| 8-9 | E | AC Label Company Invoice Dated May 30, 1997 | Roland Garcia |
| 10-11 | F | Adler Fels Invoices 1995 - 1998 | David Coleman |
| 12-13 | G | Adler Fels Invoice #96-1115 Dated November 15, 1996 | David Coleman and Roland Garcia |
| 14-15 | H | Adler Fels Invoice # 97-621 Dated June 16, 1997 | David Coleman and Roland Garcia |
| 16-18 | I | Amerivine, Inc. Summary of Sales 1995 | David Coleman |
| 19-20 | J | Amerivine, Inc. Accounts Receivable 1995 | David Coleman |
| 21-22 | K | Amerivine, Inc. Summary of Sales 1996 | David Coleman |
| 23-24 | L | Amerivine, Inc. Accounts Receivable 1996 | David Coleman |
| 25-26 | M | Amerivine, Inc. Summary of Sales 1997 | David Coleman |
| 27-28 | N | Amerivine, Inc. Accounts Receivable 1997 | David Coleman |

| | | | |
|---|---|---|---|
| 1, 2 | O | Amerivine, Inc. Summary of Sales 1998 | David Coleman |
| 3, 4 | P | Amerivine, Inc. Accounts Receivable 1998 | David Coleman |
| 5–8 | Q | Applications for and Certificate of Exemption of Label/Bottle Approval (Sonoma Ridge Labels With the Photograph) | David Coleman |
| 9–12 | R | Applications for and Certificate of Exemption of Label/Bottle Approval (Sonoma Ridge Labels Without the Photograph) | David Coleman |
| 13–16 | S | California Register of Trademark or Service Mark Dated March 18, 1998 and Assignment of Trademark or Service Mark Dated December 31, 2002 | David Coleman |
| 17–19 | T | United States Trademark Office's website page Re Sonoma Ridge Trademark Application Filed On April 20, 1998 | David Coleman |
| 20–22 | U | United States Copyright Application Dated December 20, 2006 (with cover letter and enclosures) | Roland Garcia |
| 23–27 | V | Letter from United States Copyright Office to Carle, Mackie, Power & Ross LLP Dated February 5, 2007 Re Inability to Register Copyright for Sonoma Ridge Label | Roland Garcia |

| | | |
|---|---|---|
| W | Letter from Carle, Mackie, Power & Ross LLP to United States Copyright Office Dated May 2, 2007 Re Reconsideration | Roland Garcia |
| X | Letter from United States Copyright Office to Carle, Mackie, Power & Ross LLP Dated July 17, 2007 Re Inability to Register Copyright for Sonoma Ridge Label | Roland Garcia |
| Y | Letter from Carle, Mackie, Power & Ross LLP to United States Copyright Office Dated July 25, 2007 Re Authorizing Amendment | Roland Garcia |
| Z | AMENDED United States Copyright Office Certificate of Registration Dated July 25, 2007 | Roland Garcia |
| AA | List of Trade Names | David Coleman |
| BB | Certified Records from the U.S. Bankruptcy Court, Northern District of California | Roland Garcia And U.S. Bankruptcy Court |

Dated: January 5, 2009                                MERRILL, ARNONE & JONES, LLP

                                        By:   /s/WILLIAM J. ARNONE, JR.
                                              William J. Arnone, Jr., Esq.
                                              Attorneys for Defendants
                                              DAVID COLEMAN
                                              and AMERIVINE, INC.