UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland Garcia, | No. C07-2279 EMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |
| David Coleman, et al., | |
| Defendants. _____/ | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States on January 16, 21, 22, 23 and 26, 2009.  Refreshment shall be delivered to Courtroom D, 15th Floor before 7:45 a.m.

IT IS SO ORDERED.

Dated:   January 8, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge