UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND E. GARCIA, | No. C-07-2279 EMC |
|       Plaintiff, | |
|     v. | **NOTICE AND ORDER REGARDING PROPOSED JURY INSTRUCTIONS** |
| DAVID COLEMAN, *et al.*, | |
|       Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court intends to give the attached instructions at trial commencing on January 16, 2009.

Any objections shall be filed by **2:00 p.m., January 15, 2009.**

IT IS SO ORDERED.

Dated: January 14, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge