UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROLAND E. GARCIA,                               No. C-07-2279 EMC

        Plaintiff,

        v.                                          **AMENDED JURY INSTRUCTION NO. 28**

DAVID COLEMAN, *et al.*,

        Defendants.
_____/

**NINTH CIRCUIT MODEL CIVIL JURY INSTRUCTIONS**

**JURY INSTRUCTION NO. 28 -- OPINION EVIDENCE**

Some witnesses, because of education or experience, are permitted to state opinions and the reasons for those opinions.

Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.