# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL TRIAL MINUTES

**CASE NO. C07-2279 EMC**
**CASE NAME:** Garcia v. Coleman, et al.

| | |
|---|---|
| **MAGISTRATE JUDGE EDWARD M. CHEN** | **COURTROOM DEPUTY**: Betty Lee |
| **DATE**: 1/23/09 | **COURT REPORTER:** Sahar McVickar |
| **Time:** 8:36 a.m. - 5:21 p.m. | (415) 626-6060 |
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Phillip Terry | William Arnone, Jr./ Alicia Kantor |

**Trial To Begin:** 1/16/09                                    **Further Trial:**

**TRIAL MOTIONS HEARD:**                                    **RULING**

**Other:**

Court discussed jury instructions and verdict form with counsel.

Court addressed jury instructions to jury.

Closing argument by plaintiff and defendants.

Rebuttal closing by plaintiff.

Jury began deliberation at 1:15 p.m.

Court resumed at 3:35 p.m to answer jury's note #1

**Verdict:**

Jury Verdict returned at 5:21 p.m. in favor of Plaintiff in the amount of $42,000.

**Disposition of Exhibits:**

cc:    EMC