FILED
JAN 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROLAND E. GARCIA,                   No. C-07-2279 EMC

        Plaintiff,

        v.                                         **VERDICT FORM**

DAVID COLEMAN, *et al.*,

        Defendants.
_____/

On the claim of Plaintiff ROLAND E. GARCIA, doing business as GARCIA INTERNATIONAL TRADING, against Defendants DAVID COLEMAN, an individual, and AMERIVINE, INC., for copyright infringement, we, the undersigned jurors, find in favor of (CHECK ONE):

☒    Plaintiff ROLAND E. GARCIA, doing business as GARCIA INTERNATIONAL TRADING, or

☐    Defendants DAVID COLEMAN, an individual, and AMERIVINE, INC.

///
///
///
///
///
///
///

1  Please complete the following paragraph only if the above finding is in favor of Plaintiff
2  ROLAND E. GARCIA, doing business as GARCIA INTERNATIONAL TRADING:
3  We, the undersigned jurors, award damages in favor of Plaintiff ROLAND E. GARCIA,
4  doing business as GARCIA INTERNATIONAL TRADING, in the amount of $ 42,000 .

8  Dated: January 23, 2009        Signed: *Carol Lain*
                                          JURY FOREPERSON