IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Roland Garcia,                                             No. CV07-2279 EMC

      Plaintiff,                                        **JUDGMENT IN A CIVIL CASE**

  v.

David Coleman, et al.,

      Defendants.
_____/

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the Jury Verdict filed January 26, 2009, Judgment is hereby entered in favor of Plaintiff in the amount of $42,000.00. The Clerk of the Court is directed to close the file in this case.

Dated: January 26, 2009                                    Richard W. Wieking, Clerk

                                                                      By: Betty Lee
                                                                      Deputy Clerk