UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

JAN 2 6 2009

**EXHIBIT and WITNESS LIST**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **JUDGE** Edward M. Chen | **PLAINTIFF ATTORNEY:** Phillip Terry | **DEFENSE ATTORNEY:** William Arnone, Jr. / *Alicia Kentor* |
|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | **REPORTER(S):** Sahar McVickar | **CLERK:** Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1/16/09 | | | Trial began. Ct. discussed w/Counsel on | |
| | | P49a | | | Pre-trial Issue ; Exh. 39 (Objection) | |
| | | | | | discussion, overruled obj. | |
| | | 9⁰⁵a | | | recess ; wstg for Jury ; Roll call for | |
| | | | | | Jury, Sworn | |
| | | 9¹⁹a | | | Judge addressed Jury ; began Jury Selection | |
| | | 10²⁵a | | | break - resume in 15 minutes | |
| | | | | | Ct. addressed counsel re Jury selection | |
| | | 10³⁸a | | | Break , Resume @ 10⁵⁰a | |
| | | 10⁵¹a | | | Ct. resume, continue w/ Jury selection | |
| | | | | | Counsel questioned Jury ; Jury selected | |
| | | 11²⁸a | | | break - 15 min. | |
| | | 11³⁵a | | | | |
| | | 12⁰⁰ | | | lunch break | |
| | | 1⁰²p | | | Ct. resume ; Cont. addressed Jury | |
| | | | | | w/ Preliminary Instructions | |

Page ___1___

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Edward M. Chen | | Phillip Terry | William Arnone, Jr. |

| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | **REPORTER(S):** Sahar McVickar | **CLERK:** Betty Lee |
|---|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:21p | | | Π's opening Statements | Π |
| | | 1:43p | | | Δ's opening Statements | Δ |
| | | 2:07 | | | Δ finished opening Statements | |
| | | | | | | |
| | | 2:08p | | | Π called Witness (Roland Garcia) sworn | Π |
| 2 | | ✓ | ✓ | | Π's Exh. 2; moved into evidence, admitted | |
| 1 | | ✓ | ✓ | | Π's Exh. 1; admitted | |
| 3 | | ✓ | ✓ | | Π's Exh. 3 admitted | |
| | | | | | | |
| | | 2:31p | | | - 15 min break - | |
| | | | | | | |
| | | 2:54p | | | Cont. direct of Roland Garcia | Π |
| 5 | | | ✓ | | Exh 5 (Π's) | |
| 6 | | | ✓ | ✓ | Exh. 6 (Π's); admitted | |
| 17 | | | ✓ | ✓ | Exh 17; admitted | |
| 25 | | | ✓ | | Exh 25 | |
| 31 | | | ✓ | | Exh. 31 | |
| 26-31 | | | ✓ | ✓ | Admit 26 - 31; objected lack of foundation; Admitted | |
| | | | . | | Π finished   (7:49:21) | |
| | | 3:35p | | | Δ cross Garcia | Δ |
| 1 | | | ✓ | | Π (Exh 1 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

**EXHIBIT and WITNESS LIST**

| **JUDGE**<br>Edward M. Chen | | | | **PLAINTIFF ATTORNEY:**<br>Phillip Terry | **DEFENSE ATTORNEY:**<br>William Arnone, Jr. | |
|---|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09<br>**TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):**<br>Sahar McVickar | **CLERK**:<br>Betty Lee | |
| PLF<br>NO. | DEF<br>NO | DATE/TIME<br>OFFERED | ID | EVI.<br>REC | DESCRIPTION | BY |
| | | | ✓ | | Garcia's depo transcript, p. 184 -185, lines 4 - 3 (185) | |
| 3 | | | ✓ | | Exh. 3 | |
| | | | ✓ | | Depo of Garcia, p 191, lines 10-12 | |
| 3 | | | ✓ | . | Exh 3 | |
| | BB | | ✓ | ✓ | Dis Exh. BB : Admitted<br>Δ : P: 11 : 0 1 remain | |
| | | K:30p | | | Ct - adjourned | |
| | | 1/ 21/o9<br>(8:27a)<br>8:39a | | | Pre-trial issue discussion - Exhibit objection<br>Δ resumed cross - Exam Roland Garcia | A |
| | | | ✓ | | Garcia's depo p. 71 lines 5, p. 72 L6 -15 | |
| | E | | ✓ | ✓ | Exhibit E, admitted | |
| | | | ✓ | | depo, p. 18 l/9 -25  (Δ : 7:4/:14) | |
| | | 9:09a | | | π re - direct Roland Garcia | π |
| 4 | | | ✓ | ✓ | π Exhibit 4 D, admitted | |
| 3 | | | ✓ | | Exhibit 3 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE<br>Edward M. Chen | PLAINTIFF ATTORNEY:<br>Phillip Terry | DEFENSE ATTORNEY:<br>William Arnone, Jr. |
|---|---|---|
| **JURY SELECTION**: 1/16/09<br>**TRIAL DATE:** January 16-26,<br>2009 | **REPORTER(S):**<br>Sahar McVickar | **CLERK**:<br>Betty Lee |

| PLF<br>NO. | DEF<br>NO | DATE/TIME<br>OFFERED | ID | EVI.<br>REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:27a | | | Δ re-cross Garcia | Λ |
| | | | | | Mr. Garcia is excused | |
| | | 9:29a | | | π called (David Coleman) Sworn | π |
| | | | | | Coleman's depo. p 21-22 | |
| 34 | | | ✓ | | Exh. 34 | |
| | | | ✓ | | Coleman deps. p 92 (5-12) | |
| | R 1 | | ✓ | | Δs Exh R-1 · Applfr Cert. | |
| | R1-7 | | | ✓ | R-1 to 7 Admitted | |
| | | | | | | |
| | | 10 ᵒˡ | | | — break 15 mi | |
| | | 10 2 ᵇ | | | Resumed direct of Coleman<br>p 37 | π |
| 34 | | | | | Exh. 34, (12e 26 - 3p (1:2e 7) | |
| | | | | | Coleman depo 19 (1-24) - 20 (Line 10),<br>p. 139 line 20 ; p.143, line 25 ;<br>p.144 (line 8) ; p 61 (4-22).<br>break in Coleman's testimony | |
| | | | | | | |
| | | 11:06 | | | π called (Jerry Siegel), sworn | π |
| 2 | | | ✓ | | Exhibit 2 | |
| 1 | | | ✓ | | Exhibit 1 | |
| 45 | | | ✓ | | Exh. 45 Affidavit | |
| | | | | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE Edward M. Chen | | | | PLAINTIFF ATTORNEY: Phillip Terry | DEFENSE ATTORNEY: William Arnone, Jr. | |
|---|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):** Sahar McVickar | **CLERK**: Betty Lee | |
| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
| | | 11:13 a | | | & Cross Siegel | Δ |
| | | 1:140 | | | re - direct Siegel | 𝒯 |
| | | | | | Siegel & exawed | |
| | | 1:15a | | | recalled David Coleman | 𝒯 |
| 10 | | | ✓ | | Exh. 10 | |
| 13 | | | ✓ | | Exh 13 | |
| 16 | | | ✓ | | Exh - 16 | |
| | | | ✓ | | Coleman's depo. (p. 187-188) - 1.x 20-6 | |
| | Q1 | | ✓ | | Ds Exh. Q-1 | |
| 15 | | | ✓ | ✓ | Exh. 15, admitted | |
| | F | | ✓ | | Exh F | |
| | F 25 | | ✓ | | Exh F-25 | |
| | F 26 - F 28 | | ✓ | | Exh F-26 to F 28 | |
| 28 | | | | ✓ | Exh 28, admitted | |
| 20 | | | | | Exh. 20 marked to voir dir | |
| 5 | | | ✓ | ✓ | Exh - 5, more to admit, admitted | |
| | | 12:05 | | | — lunch break — (1 hr) | |
| | | | | | Const resume | 𝒯 |
| | | 1:10 | | | called (Kelly Garcia) sworn | |
| 2 | | | ✓ | | Exh. 2 | |

Page 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| **JUDGE** Edward M. Chen | | | | **PLAINTIFF ATTORNEY:** Phillip Terry | **DEFENSE ATTORNEY:** William Arnone, Jr. | |
|---|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):** Sahar McVickar | **CLERK**: Betty Lee | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 14 | | | ✓ | | T's Exh. 14 | |
| 52-54 | | | ✓ | ✓ | Kelly produced 2 negatives; moved to admit as evidence - admitted as T's Exh. #52-54 | |
| | | 1:53p | | | Δ cross Kelly Garcia | Δ |
| | | | ✓ | | Garcia's depo - p.65 (line 15) - 66 (line 4) | |
| | BB | | ✓ | ☞ | Def Exh. BB = T's Exh 3 | |
| | | 2:18p | | | T re-direct Garcia | T|
| 20 | | | ✓ | | T's Exh 20 | |
| | | 2:27p | | | Δ re-cross Garcia | Δ |
| | | 2:29p | | | - Kelly Garcia is excused - 20 minute break | |
| | | 2:56p | | | T called Donna Harris, sworn | |
| 37 | | | ✓ | ✓ | T's Exh 37; admitted - Ms. Harris is excused | |
| | | 3:02 | | | T called Mike Anderson, sworn - Operation mgr of AC Label | T|
| 10 | | | ✓ | | T's Exh. 10 | |
| 13 | | | ✓ | | T's Exh. 13 | |
| 14 | | | ✓ | | T's Exh. 14 | |
| 33 | | | ✓ | ✓ | T's Exh 33; admitted | |
| | | 3:11 | | | Δ cross Anderson | Δ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE Edward M. Chen | PLAINTIFF ATTORNEY: Phillip Terry | DEFENSE ATTORNEY: William Arnone, Jr. |
|---|---|---|

| **JURY SELECTION**: 1/16/09 **TRIAL DATE**: January 16-26, 2009 | **REPORTER(S)**: Sahar McVickar | **CLERK**: Betty Lee |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:23p | | | π re-direct | Ŧ |
| | | | | | -Mr. Anderson is excused - | |
| | | 3:24 | | | π recalled David Coleman | Ŧ |
| | | | ✓ | | Coleman's dep p 139, lines 4-13 | |
| 24 | | | ✓ | | Π's Exh. 25 | |
| | | | ✓ | | Coleman's Depo. p 4, line 15-19 | |
| | S | | ✓ | | Δ's Exh. 5 | |
| | S5 | | ✓ | | Δ's Exh. 5-5 | |
| | R1 | | ✓ | | Δ's R-1 | |
| 34 | | | ✓ | | Coleman's 2nd Dep.: π Exh 34(p.6) | |
| 46 | | | ✓ | | Exh 46, p.10, moved for | |
| | | | | | admission; Δ requested for | |
| | | | | | redacted; | |
| 46 (Mbt) | | | ✓ | ✓ | P.6 + 10 of 46 admitted | |
| 36 | | | ✓ | | Exh 36 | |
| | | | | | | |
| | | 4:30p | | | Ct. adjourned; jury excused | |
| | | | | | Ct. discussed witness issue with | |
| | | | | | counsel | |
| | | | | | | |
| | | 4:40p | | | Ct. adjourned (π: 2:59:40) | |
| | | | | | (Δ: 7:06:17) | |

Page 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

**EXHIBIT and WITNESS LIST**

| **JUDGE** Edward M. Chen | | | | **PLAINTIFF ATTORNEY:** Phillip Terry | **DEFENSE ATTORNEY**: William Arnone, Jr. |
|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):** Sahar McVickar | **CLERK**: Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1/22/09 | | | | |
| | | (P.T.) | | | Ct resumed ; Ct discussed jury instructions w/ counsel | |
| | | | | | | |
| | | 8:34 | | | Called Jury to enter Ct. | |
| | | | | | | |
| | | 8:35 a | | | Continue exam of David Coleman | π |
| | S | ✓ | ✓ | Exh. S - registration, assignment of trademark more to admit. Admitted | |
| 34 | | ✓ | | Coleman Deps ; Exh 34 , p 25-27 (Lin 1-22) | |
| | S-2 | ✓ | | Registration of Trademark | |
| 61 | | ✓ | | Exh. 61  p 62 (1-13) | |
| 36 | | ✓ | ✓ | Exh. 36 . moved into evidence admitted | |
| 46 | | ✓ | | Exh. 46 | |
| 20 | | ✓ | ✓ | Exh. 20 ; admitted | |
| 41 | | ✓ | ✓ | Exh. 41 ; admitted | |
| 44 | | ✓ | | Exh. 44 - Δ objected ; Δ Voir Dir | Δ |
| | L | ✓ | | Exh L | |
| | M | ✓ | | Exh M | |
| | O | ✓ | | Exh. O , moved to admit | |
| 44 | | ✓ | | Exh 44 | |
| 44 | | 9:35 | ✓ | ✓ | π requested 44 to be admitted , Jury to determine authenticity | π |

Page __8__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**   Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE Edward M. Chen | | | | PLAINTIFF ATTORNEY: Phillip Terry | DEFENSE ATTORNEY: William Arnone, Jr. |
|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):** Sahar McVickar | **CLERK**: Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:40 | | | T Continued exam Dave Coleman | T |
| 3b | | | ✓ | | Eh 3b |  |
| | I | | ✓ | | Eh I |  |
| | J | | ✓ | | Eh J |  |
| | K | | ✓ | | Eh K |  |
| | L | | ✓ | | Eh L |  |
| | N | | ✓ | | Eh N |  |
| | O | | ✓ | | Eh O |  |
| | P | | ✓ | | Exh. P |  |
| 44 | | | ✓ | | Exh 44 invoice |  |
| | | 10:04 | | | — break 20 minutes — T: 1:49:34   Δ: 6:47:37 |  |
| | | 10:26 | | | Δ Cross Dave Coleman — Mr. Coleman is excused | Δ |
| | | 10:30 | | | T called Mary Coppinger sworn Litigation paralegal of T Counsel | T |
| 38 | | | ✓ | ✓ | Exh. 38 Computation; admitted |  |
| 37 | | | ✓ | | Exh. 37 |  |
| 44 | | | ✓ | ✓ | Exh 44 Computation (revised); objected by Δ; admitted. |  |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| JUDGE Edward M. Chen | | PLAINTIFF ATTORNEY: Phillip Terry | DEFENSE ATTORNEY: William Arnone, Jr. |
|---|---|---|---|
| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | | **REPORTER(S):** Sahar McVickar | **CLERK**: Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 35 | | | ✓ | ✓ | Exh. 35, admitted | |
| 36 | | | ✓ | | Exh. 36 | |
| | | 10:50 a | | | Δ cross Coppinger | Δ |
| | | 11:03 | | | π re-direct Coppinger | π |
| | | | | | Mr. Coppinger is excused | |
| | | | | | π rest as case in chief | |
| | | | | | | |
| | | 11:05 | | | — break — 15 minutes | |
| | | 11:06 | | | Δ moved for Judgment as matter | Δ |
| | | | | | of law; Ct took matter under submission | |
| | | | | | | |
| | | 11:24 | | | Δ called Dave Coleman, previously sworn | Δ |
| | ΔA | | ✓ | ✓ | Exh. ΔA-1 to ΔA-9; admitted | |
| | | | | | | |
| | | 12:01 | | | — break for lunch | |
| | | 1:02 | | | Ct. gave counsel Jury Instructions | |
| | | | | | | |
| | | 1:06 p | | | Ct resumed, Ct discussed Jury Instructions | |
| | | 1:09 p | | | Δ continued direct Dave Coleman | Δ |
| | F | | ✓ | | Exh F | |
| | | | | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**     Case Name: **Garcia v. Coleman, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Edward M. Chen | | | | PLAINTIFF ATTORNEY:<br>Phillip Terry | DEFENSE ATTORNEY:<br>William Arnone, Jr. |
|---|---|---|---|---|---|
| **JURY SELECTION**: 1/16/09<br>**TRIAL DATE:** January 16-26, 2009 | | | | **REPORTER(S):**<br>Sahar McVickar | **CLERK:**<br>Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| LL | | | ✓ | ✓ | Exh LL ; admitted | |
| L-13 | | | | | Exh L-13 | |
| F | | | ✓ | ✓ | Exh. F ; admitted | |
| F-26 | | | ✓ | | Exh F-26 | |
| L-7 | | | ✓ | | Exh. L-7 | |
| NN | | | ✓ | ✓ | Exh. N to be revised to NN ; approved admitted | |
| | | 3:02p | | | Cf resume . A direct Coleman | A |
| 7 | | | ✓ | | T; Exh 17 | |
| 40 | (3-5) | 3:19 p | ✓ | ✓ | T cross Coleman<br>Exh. 40 ; admit 3, 4, 5 | 9 |
| 55 | | | ✓ | ✓ | Exh- 55 Declaration ; admitted | |
| 8 | | | ✓ | ✓ | Exh. 8 , admitted | |
| | | 3:53p | | | Δ re-direct Coleman | Δ |
| | | 3:56p | | | T re-cross | T |
| 15 | | | ✓ | | Exh 15 | |
| 32 | | | ✓ | ✓ | Exh. 32 (same as R+) , admit | |
| | | 4:00p | | | Δ re-direct | Δ |
| | | 4:01p | | | -Mr-Coleman is excused - | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE Edward M. Chen | PLAINTIFF ATTORNEY: Phillip Terry | DEFENSE ATTORNEY: William Arnone, Jr. |
|---|---|---|

| JURY SELECTION: 1/16/09 TRIAL DATE: January 16-26, 2009 | REPORTER(S): Sahar McVickar | CLERK: Betty Lee |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:01p | | | π rebuttal ( Roland Garcia | π |
| | F | | ✓ | | A's Exh F - x5 | |
| 8 | | | ✓ | | Exh. 8 | |
| | | 4:11p | | | Δ cross Garcia | Δ |
| | H | | ✓ | ✓ | Exh H, admitted | |
| | N | | ✓ | | Exh N | |
| | | 4:24 | | | π re-Cross Coleman | Y |
| | | 4:26 | | | ᵧ rest | |
| | | 4:27 | | | jury dismissed | |
| | | 4:29 | | | Δ renew Motions . Lndy Submission | |
| | | 4:40p | | | Ct. Adjourned ( π = 0 = 42 : 12 // Δ : 3 : 48 : 55 ) | |
| | | 1/23/09 | | | | |
| | | 8:38a | | | Ct. resumed ; discussed Verdict form w/ counsel | |
| | | 8:52a | | | Jury entered ; Court addressed jury instructions | |
| | | 9:02 | | | π's closing arguments | π |
| | | 10:33 | | | π finished ; counsel approved Verdict Form | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-2279 EMC**    Case Name: **Garcia v. Coleman, et al.**

## EXHIBIT and WITNESS LIST

| **JUDGE** Edward M. Chen | **PLAINTIFF ATTORNEY:** Phillip Terry | **DEFENSE ATTORNEY:** William Arnone, Jr. |
|---|---|---|

| **JURY SELECTION**: 1/16/09 **TRIAL DATE:** January 16-26, 2009 | **REPORTER(S):** Sahar McVickar | **CLERK:** Betty Lee |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:33 | | | — break — | |
| | | | | | | |
| | | 10:54 | | | ∆'s closing arguments | ∆ |
| | | 11:55 | | | ∆ finished | |
| | | | | | | |
| | | 11:55 | | | π rebuttal closing | π |
| | | 12:20 | | | π finished | |
| | | | | | | |
| | | 12:21 | | | Judge addressed closing instructions | Ct |
| | | | | | | |
| | | 12:30 p | | | — lunch break, jury to return to deliberation @ 1:15 p | |
| | | | | | | |
| | | 1:15 p | | | Jury began deliberation | |
| | | | | | | |
| | | 3:35 p | | | Ct. resumed to answer jury note #1 | |
| | | | | | | |
| | | 5:21 p | | | Jury verdict returned — for Plaintiff $42,000 | |
| | | | | | | |
| | | | | | — ct. Adjourned — | |
| | | | | | | |

Page ___13___